UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL O'CONNELL and
LINDA O'CONNELL,

      Plaintiffs,

v.                                Case No.  8:07-cv-1386-T-24 EAJ

M&I BANK, a subsidiary of MARSHALL &
ISLEY CORPORATION, and LOANCARE
SERVICING CENTER, INC.,

      Defendant.
_____/

**ORDER**

    This cause comes before the Court on Defendants M&I Bank's and Marshall & Isley Corporation's Motion to Strike Plaintiffs' Jury Demand (Doc. No. 10).  Plaintiffs Daniel O'Connell and Linda O'Connell have filed their response thereto (Doc. No. 17).  Defendants argue that Plaintiffs' request for a jury trial should be stricken, since the mortgage contract at issue contains a jury trial waiver provision.  In their response, Plaintiffs concede that their request for a jury trial on all claims must be denied.

    Accordingly, it is ORDERED AND ADJUDGED that Defendants' Motion to Strike Plaintiffs' Jury Demand (Doc. No. 10) is **GRANTED**, and the Court strikes Plaintiffs' demand for a jury trial.

    **DONE AND ORDERED** at Tampa, Florida, this 16th day of October, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record