UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL O'CONNELL, ET AL.,

    Plaintiffs,

v.                                                         Case No. 8:07-cv-1386-T-24 EAJ

M&I BANK, ET AL.,

    Defendants.
_____/

## ORDER

This cause comes before the Court on the parties' Case Management Report (Doc. No. 25), in which they indicate that they are considering consenting to the jurisdiction of a Magistrate Judge for disposition of this case. If the parties want to consent to the jurisdiction of a Magistrate Judge, the parties must fill out and file the attached Magistrate Consent Form.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of November, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record